IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MARCUS HAHN, | ) |
| Petitioner, | ) |
| | ) No. 21-cv-0880 KWR-KRS |
| vs. | ) No. 00-cr-0082 KWR-KRS |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**ORDER GRANTING THE UNITED STATES' MOTION TO EXTEND TIME WITHIN WHICH TO FILE LIMITED ANSWER TO DEFENDANT'S AMENDED MOTION**

THIS MATTER having come before the Court on the United States' Motion to Extend the Time Within Which to file a limited answer to petitioner Marcus Hahn's Amended Motion to Vacate, Set Aside, or Correct Sentence or Judgment (CV Doc. 15) and having considered the reasons set forth in that motion, FINDS that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the United States' limited answer is due on January 6, 2023.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

Matthew T. Nelson
Assistant United States Attorney