IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARCUS HAHN,

    Petitioner,

v.                                                                         No. 21-cv-0880 KWR-KRS
                                                                                  No. 00-cr-0082 KWR

UNITED STATES OF AMERICA,

    Respondent.

## ORDER GRANTING EXTENSION

    This matter is before the Court on Petitioner's Motion to Enlarge Time (Doc. 25) (Motion). Petitioner seeks permission to file a habeas reply brief within thirty (30) days. The Court will grant the Motion, in part. Based on Petitioner's prior litigation history, the reply brief must be limited to a single document that does not exceed 20 pages. The Court may disregard any reply brief that violates these instructions.

    **IT IS ORDERED** that Plaintiff's Motion to Enlarge Time (**Doc. 25**) is **GRANTED, in part**; and within thirty (30) days of entry of this Order, Petitioner may file a single reply brief that does not exceed 20 pages.

                                                                                         _____
                                                                                          UNITED STATES MAGISTRATE JUDGE